Linen Service Corporation et al.; *James A. Branch* for Vicknair et al.; *Sidney A. Wolff* for the New Orleans Laundries, Inc.; and *Leonard B. Levy* for Lob et al., respondents.

No. 212. AMERICAN ELASTICS, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leo Brady* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 213. STROUD *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for respondent.

No. 215. BERNARD REALTY Co. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *A. W. Richter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for the United States.

No. 217. STEIN ET AL., DOING BUSINESS AS REGLOR OF CALIFORNIA, *v.* EXPERT LAMP Co. C. A. 7th Cir. Certiorari denied. *Will Freeman* and *C. A. Miketta* for petitioners. *Max Richard Kraus* for respondent.

No. 221. KING ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Homer L. Bruce* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Stanley M. Silverberg* and *Ellis N. Slack* for respondent.